# WAWRZYN LLC

Matthew M. Wawrzyn
*matt@wawrzynlaw.com*
200 East Randolph Street
 Suite 5100
Chicago, IL 60601
(312) 235-3120

April 30, 2021

VIA ECF:

Honorable Denise Cote
Daniel Patrick Moynihan
 U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312



**MEMO ENDORSED**

**Re:**   Pop Top Corp. v. Ectaco, Inc., Case No. 1:21-cv-00590

Dear Judge Cote:

Plaintiff Pop Top Corp. respectfully requests a three-week adjournment of the initial status conference set for this matter next Friday May 7, 2021 at 4:30 p.m. The parties have exchanged preliminary information in an attempt to resolve this matter without the need for Court involvement. Plaintiff believes that a brief adjournment would enable the parties to continue their discussion regarding a potential resolution.

Plaintiff proposed the idea of requesting an adjournment to Defendant, and Defendant consents to this request and does not object.

Defendant has made two previous requests for extensions or adjournment, to which Plaintiff had consented. Defendant requested that its response date be extended and that the initial status conference be extended. The Court granted both requests, extending the response date to April 19, 2021 and the initial status conference to May 7, 2021. (Dkt. No. 15.)

Sincerely,

Matthew M. Wawrzyn

```
The initial pretrial conference is
adjourned
to May 28, 2021 at 1 pm.  There will be
no further adjournments.
Dated: May 3, 2021.
```

_____
DENISE COTE
United States District Judge